UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MESA IRREVOCABLE TRUST, JUSTIN COX, SPECIAL TRUSTEE,<br><br>                    Plaintiff,<br><br>         v.<br><br>TVPX ARS, INC.; LIFE OPPORTUNITY FUND I, LP; LIFE OPPORTUNITY FUND II, LP,<br><br>                    Defendants. | 24-CV-6960 (JAV)<br><br>**<u>ORDER</u>** |

JEANNETTE A VARGAS, United States District Judge:

By Order dated March 11, 2025, the Court denied Plaintiff's attempt to challenge orders issued by a Texas state court restricting Plaintiff's ability to use in this litigation information that had been deemed confidential under the Texas court's protective order. ECF No. 49. The Court directed Plaintiff to seek any relief from those orders in Texas state court. *Id.* The Court subsequently granted the motion to file a Second Amended Complaint in compliance with the Texas court's order. ECF No. 54.

On September 1, 2025, Plaintiff informed the Court that the Texas Fourteenth Court of Appeals had dissolved the "sealing restrictions that previously barred [Plaintiff] from pleading key facts" supporting its claims in this case. ECF No. 67. Plaintiff now moves for leave to file a Third Amended Complaint, to incorporate the previously sealed information, as well as to "enhance the specificity of the fraud allegations" and refine its legal theories. Defendants oppose the

motion in light of the fully brief motion to dismiss, which remains pending decision. ECF No. 70.

In light of Rule 15(a)'s command that leave to amend should be freely granted "when justice so requires," the Court GRANTS Plaintiff's motion for leave to file the Third Amended Complaint. The appellate ruling from the Texas state court permits Plaintiff to use information that Plaintiff was previously prohibited from including in its complaint. Plaintiff was diligent in its efforts to obtain authorization to use this information, filing motions before this Court and an appeal in the Texas court. In light of this change in circumstance, granting leave to amend is appropriate.

Plaintiff shall file the Third Amended Complaint on the docket by **September 15, 2025**. Pursuant to Local Civil Rule 15.1, the amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff is on notice that there will likely not be any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

The pending motion to dismiss the Second Amended Complaint is denied as moot. Defendant's response to the Third Amended Complaint shall be due **October 13, 2025.** If Defendant files a motion to dismiss the Third Amended Complaint, Plaintiff's opposition brief shall be due **November 3, 2025**. Any reply brief shall be due **November 10, 2025.**

The Clerk of Court is directed to terminate ECF Nos. 40, 41, 67, and 70.

SO ORDERED.

Dated: September 11, 2025
      New York, New York

                                          JEANNETTE A. VARGAS
                                          United States District Judge